UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Tonya Banks v. Bayer Corporation, et al.* | No. 10-cv-20286-DRH |
| *Joanna Beauvais, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11210-DRH |
| *Pamela Clem, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10226-DRH |
| *Katrina Cohoon, et al. v. Bayer PharmaceuticalsCorporation., et al.* | No. 09-cv-20045-DRH |
| *Alice De Sanctis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10222-DRH |
| *Melanie Purtee Durham, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11433-DRH |
| *Shaneka Edwards, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10703-DRH |
| *Diana Fisher, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12502-DRH |
| *Ronni Haanraadts, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10940-DRH |
| *Christine Hamalian v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13594-DRH |
| *Tawana Hopper v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10666-DRH |
| *Christina Lipori v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10815-DRH |

| | |
|---|---|
| *Patti Mallin, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12598-DRH |
| *Cheryl Mosley v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13441-DRH |
| *Andrea Munoz v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10645-DRH |
| *Regina Porter v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13584-DRH |
| *Trisha Sweet v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11121-DRH |
| *Karen Veverica v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11882-DRH |
| *Lucille Woodroof v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10025-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 12, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
Deputy Clerk

Dated:  June 16, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.16
18:51:27 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**

2